**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED
JAN 2 4 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>LUIS ALONZO RAMIREZ-RAMIREZ,<br><br>          Defendant. | CASE NO. 11CR5828-JLS<br><br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

    8USC1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 24, 2012

                                  Ruben B. Brooks
                                  U.S. Magistrate Judge